# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-3013**                                                **September Term, 2014**

1:14-cr-00030-BAH-1

Filed On: February 2, 2015 [1535505]

United States of America,

        Appellee

        v.

Florence Bikundi, also known as Florence Ngwe, also known as Florence Igwacho,

        Appellant

## **O R D E R**

It appearing that this case falls within the purview of Fed. R. App. P. 9(a) and D.C. Cir. Rule 9(a), it is, on the court's own motion,

**ORDERED** that the parties and Court Reporter adhere to the following schedule:

| | |
|---|---|
| Completion of Underlying Transcripts | February 12, 2015 |
| Appellant's Memorandum of Law and Fact | February 23, 2015 |
| Appellee's Memorandum of Law and Fact | March 4, 2015 |
| Appellant's Reply Memorandum of Law and Fact | March 11, 2015 |

The parties are directed to hand-file the paper copies of their pleadings.

The Clerk is directed to send a copy of this order to Court Reporter, Chantal Geneus, to expedite preparation of the transcripts.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                      BY:      /s/
                                      John J. Accursio
                                      Deputy Clerk